IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 05-4016-01-CR-C-SOW |
| CHARLES SCHILD, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #48) from Magistrate Judge William A. Knox. Defendant Charles Schild appeared before Magistrate Judge Knox on January 7, 2009, and entered a plea of guilty to Count I of the indictment filed on March 11, 2005. Based upon the Report and Recommendation, it is hereby

ORDERED that defendant Charles Schild's plea of guilty is accepted and defendant Schild is adjudged guilty. It is further

ORDERED that a presentence investigation report be prepared on defendant Charles Schild.

____/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: __1/12/2009_____